# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SHAWNTA ORRIS, as Guardian Ad Litem on behalf of T.L., a Disabled Adult, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LEO V. GOVONI, an individual; JOHN W. STAUNTON, an individual; TODD BELISLE, an individual; RICHARD SHONTER, an individual; CAITLIN JANICKI, an individual; TRACEY GREGORY, an individual; MICHELLE DIEBERT, an individual; LAURA DAVIS, an individual; CAROL SCHROEDER, an individual; BOSTON FINANCE GROUP, LLC a Florida, limited liability corporation,<br><br>    Defendants. | Case No. 8:24-cv-874-CEH-AEP |

## MOTION FOR SPECIAL ADMISSION OF ALAN L. ROSCA

Pursuant to Local Rule 2.01(c), the undersigned respectfully moves for the admission pro hac vice of Alan L. Rosca, for purposes of appearance as co-counsel

on behalf of the Plaintiff in Orris, et al. v. Govoni, et al., Case No. 8:24-cv-00874, in the above-styled case only and states the following:

1. Mr. Rosca is an attorney at Rosca Scarlato LLC, 2000 Auburn Drive Ste. 200, Beachwood, OH, 44122.

2. Mr. Rosca is not a resident of Florida and is not a member in good standing of the Florida Bar.

3. Mr. Rosca is a member in good standing of the State Bars of Ohio and District of Columbia and the United States District Courts for the Northern and Southern Districts of Ohio and District of Columbia.

4. Mr. Rosca has not abused the privilege of special admission by maintaining a regular law practice in Florida. Mr. Rosca has initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

| Case Name | Case Number | Court | Case Status |
| --- | --- | --- | --- |
| McKibbin vs Ketchum et al | 9:2023cv81234 | US District Court for the Southern District of Florida | Voluntarily Dismissal |
| Davis vs Ketchum et al | 502024CA002863XXXAMB | Palm Beach County Circuit Court | Active |

5. Mr. Rosca affirms he will comply with the federal rules and this Court's local rules.

6. Mr. Rosca is familiar with, and will be governed by, 28 U.S.C. § 1927.

2

7. Mr. Rosca, in compliance with Local Rule 2.01(b)(1)(E), affirms the oath, which states: I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

8. Movant, Jonathan M. Stein, of the SteinLaw Florida, PLLC, 1825 NW Corporate Blvd., Suite 110, Boca Raton, FL 33431, Telephone: (561) 834-2699, is a Florida resident, a member of good standing of the Florida Bar and the United States District Court for the Middle District of Florida and is authorized to file through the Court's electronic filing system.

9. In accordance with the local rules of this Court, and upon filing the instant motion, Alan L. Rosca has made payment of this Court's $150 special admission fee.

10. Upon entry of an order granting Mr. Rosca's admission pro hac vice, Mr. Rosca affirms he will register with the Middle District of Florida's CM/ECF system and hereby requests the Court to provide Notice of Electronic Filings to Alan L. Rosca at his email address: arsoca@rscounsel.law.

WHEREFORE, Jonathan M. Stein respectfully moves this Court to enter an Order authorizing Alan L. Rosca to appear before this Court on behalf of the Plaintiff, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Alan L. Rosca.

**CERTIFICATE OF COMPLIANCE WITH MEET
AND CONFER REQUIREMENT**

Pursuant to Local Rule 3.01(g), counsel for Defendants are unavailable, as no counsel for Defendants have made an appearance in this matter as of the filing of this Motion.

Dated: May 3, 2024                    Respectfully submitted.

**STEINLAW FLORIDA, PLLC**
By: */s/ Jonathan M. Stein*
Jonathan M. Stein (Fla. Bar No. 9784)
1825 NW Corporate Blvd., Suite 110
Boca Raton, FL 33431
(561) 834-2699
jon@SteinLawFlorida.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 3rd day of May 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                **STEINLAW FLORIDA, PLLC**

                                                By: */s/ Jonathan M. Stein*
                                                Jonathan M. Stein