UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SHAWNTA ORRIS, as Guardian Ad Litem on behalf of T.L., a Disabled Adult, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LEO V. GOVONI, an individual; JOHN W. STAUNTON, an individual; TODD BELISLE, an individual; RICHARD SHONTER, an individual; CAITLIN JANICKI, an individual; TRACEY GREGORY, an individual; MICHELLE DIEBERT, an individual; LAURA DAVIS, an individual; CAROL SCHROEDER, an individual; BOSTON FINANCE GROUP, LLC a Florida, limited liability corporation,<br><br>    Defendants. | Case No. 8:24-cv-874-CEH-AEP |

**NOTICE OF COMPLIANCE WITH ORDER GRANTING
MOTION TO APPEAR *PRO HAC VICE***

Pursuant to this Court's May 21, 2024 Endorsed Order [ECF 16] granting the undersigned admission pro hac vice, please take notice that the $150.00 fee for counsel's pro hac vice admission was paid electronically at

the time of filing the motion, transaction number AFLMDC-22114838. Counsel has completed registration for electronic filing. Counsel is familiar with, and will comply with, the CM/ECF filing requirements set forth in the Court's Administrative Procedures for Electronic Filing.

Dated: May 22, 2024             Respectfully submitted.

/s/ J. Barton Goplerud
**J. Barton Goplerud, AT0002983**
SHINDLER ANDERSON
GOPLERUD & WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
Email: goplerud@sagwlaw.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22nd day of May 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ J. Barton Goplerud*
J. Barton Goplerud